UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CRUZ GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-05872-FLA (MRWx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

1   The final pretrial conference ("FPTC") and trial are set for December 20, 2024, and January 6, 2025, respectively. Dkt. 51. The parties were required to but did not file Memoranda of Contentions of Fact and Law, Witness Lists, a Joint Exhibit List, and a Joint Status Report Regarding Settlement at least 28 days before the FPTC. Dkt. 31 at 7.

Accordingly, the court ORDERS Plaintiff Sergio Cruz Gonzalez ("Plaintiff") to show cause ("OSC"), in writing within fourteen (14) days of this order, why the court should not dismiss this action for lack of prosecution. *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute). Failure to respond timely may result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: December 6, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge